IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



JOHNNIE MAE WALKER AND
CHRISTOPHER TAYLOR                                                                PLAINTIFFS

VS.                                                        CIVIL ACTION NO. 5:03cv469DCBJCS

FLANARY AND SONS TRUCKING,
INC. and JOHN DOUGLAS MacNICOLE                                         DEFENDANTS

## JUDGMENT

THIS CAUSE having come on for hearing with the parties present with Counsel and; whereupon came a jury of good and lawful jurors, duly impaneled and sworn to try the issues; and the Court having received all of the admissible evidence, the jury retired with instructions from the Court to consider their verdict, and returned into open court a verdict, to-wit:

"We, the jury, unanimously find the following Special Verdict on the questions submitted to us:

1. Question: Were the Defendants, Flanary and Sons Trucking, Inc. And John Douglas MacNicole, guilty of negligence?  Answer: Yes

2. Question: If "yes," then what percentage did the defendants' negligence contribute to the accident?  Answer: 25%

3. Question: Was plaintiff Christopher Taylor guilty of negligence which proximately contributed to the accident?  Answer: Yes

4. If "Yes," then what percentage did Christopher Taylor's negligence contribute to the accident?  Answer: 75%.

5. Question: Disregarding your findings as to any percentages or negligence or fault on

the part of the parties, what sum of money would reasonably compensate Plaintiff Johnnie Mae Walker for her injuries? Answer: $50,000.00.

6. Question: Disregarding your findings as to any percentages of negligence or fault on the part of the parties, what sum of money would reasonably compensate plaintiff Christopher Taylor for his injuries? Answer: $30,000.00

Accordingly, this verdict was received, entered and filed in open court as the verdict of the jury.

On April 7, 2006, costs were assessed to Plaintiffs in the amount of $2,978.03 for which setoff is granted against the Judgment.

IT IS, THEREFORE, ORDERED AND ADJUDGED by the Court that Plaintiff, Johnnie Mae Walker, shall have and recover 25% of the sum and amount of $50,000.00 from the Defendants, Flanary and Sons Trucking, Inc., and John Douglas MacNicole, being the amount of $12,500.00 less $2,978.03 as setoff for costs, making a net Judgment of $9,521.97 for which proper process may issue;

FURTHER ORDERED AND ADJUDGED by the Court that Plaintiff Christopher Taylor, shall have and recover 25% of the sum and amount of $30,000.00 from the Defendants, Flanary and Sons Trucking, Inc., and John Douglas MacNicole, being the amount of $7,500.00 for which proper process may issue.

ORDERED, this the 16th day of May, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE